IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–56–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARK ALEXANDER STIEF, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on June 27, 2019. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Mark Alexander Stief's guilty

1

plea after Stief appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), and possession of a stolen firearm in violation of 18 U.S.C. § 922(j) as charged in Counts I and II of the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 26), and I adopt them in full.

Accordingly, IT IS ORDERED that Mark Alexander Stief's motion to change plea (Doc.16) is GRANTED and Mark Alexander Stief is adjudged guilty as charged in Counts I and II of the Indictment.

DATED this 19th day of July, 2019.

Dana L. Christensen, Chief District Judge
United States District Court